```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/07/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUARDIAN HOLDINGS LIMITED,

            Plaintiff,

v.

AVIATION CAPITAL GROUP,

            Defendant.

21-CV-4029 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On September 30, 2021, Plaintiff filed an amended complaint, consistent with this Court's August 4, 2021 order requiring all amendments to pleadings to be made by that date. Dkt. 28. Plaintiff's amended complaint includes additional claims against Defendant. Defendant shall have until October 28, 2021 to respond to Plaintiff's amended complaint. If Defendant instead intends to rely on its current pleadings, it shall so advise the Court by October 14, 2021.

SO ORDERED.

Dated:    October 7, 2021
              New York, New York

_____
RONNIE ABRAMS
United States District Judge