UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUARDIAN HOLDINGS LIMITED,

               Plaintiff,

v.

AVIATION CAPITAL GROUP,

               Defendant.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/27/2021

21-CV-4029 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On May 5, 2021, Plaintiff filed a complaint in this case. Dkt. 1. Defendant moved to dismiss that complaint on July 9, 2021. Dkt. 17. On September 30, 2021, Plaintiff filed an amended complaint. Dkt. 28. The Court has granted Defendant's subsequent request to file a motion to dismiss that amended complaint by no later than November 23, 2021. Dkt. 37. In a status letter to the Court, the parties stated that they "have agreed that ACG's first motion to dismiss (ECF No. 17) may be dismissed as moot with leave to re-file." Dkt. 35. Accordingly, the Court hereby denides Defendant's motion to dismiss the original complaint as moot in light of Plaintiff's amended complaint and Defendant's pending motion to dismiss the amended complaint. The Clerk of Court is respectfully directed to terminate the motions at docket numbers 17, 19, and 30.

SO ORDERED.

Dated:    October 27, 2021
              New York, New York

                                                  RONNIE ABRAMS
                                                  United States District Judge