```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUARDIAN HOLDINGS LIMITED,

                Plaintiff,

            v.

AVIATION CAPITAL GROUP,

                Defendant.

21-CV-4029 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On September 30, 2021, Plaintiff filed an amended complaint in this case. Dkt. 32. Soon thereafter, Defendant moved to stay discovery pending the Court's resolution of Defendant's anticipated motion to dismiss that amended complaint. Dkt. 35. Plaintiff opposed Defendant's request for a stay. Dkt. 36. The Court deferred decision on Defendant's motion to stay until Defendant had filed its motion to dismiss. Dkt. 37. Defendant filed that motion on November 23, 2021. Dkt. 40.

    Having considered the relevant factors—the breadth of discovery sought, the burden of responding to it, the prejudice that would result to the party opposing the stay, and the strength of the pending motion, *see Republic of Turkey v. Christie's, Inc.*, 316 F. Supp. 3d 675, 677 (S.D.N.Y. 2018)—the Court finds that a stay of all discovery is not warranted. However, a stay of depositions and expert discovery pending the Court's resolution of the motion to dismiss is appropriate. By no later than December 6, 2021, the parties shall submit revised a revised discovery schedule consistent with this Order.

SO ORDERED.

Dated:    November 29, 2021
              New York, New York

                                                RONNIE ABRAMS
                                                United States District Judge